UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEENA N. TEJWANI, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 15-cv-10822-IT |
| | * |
| SLEEPY'S LLC, | * |
| | * |
| Defendants. | * |

ORDER

May 4, 2015

TALWANI, D.J.

Plaintiff Meena N. Tejwani ("Tejwani") filed a six-page, handwritten complaint in this case. See Notice Removal, Ex. A [#1-1].[1] The complaint appears to allege that Tejwani was discriminated against, harassed, and/or wrongfully terminated from her employment with Defendant Sleepy's LLC ("Sleepy's"). Id. However, Tejwani's complaint fails to identify the legal claims she seeks to bring, the factual basis for each claim, and the remedy sought for each claim. At times, the handwritten complaint is also illegible. As such, Sleepy's cannot reasonably prepare a response to the complaint as written. See Fed. R. Civ. P. 12(e).

Accordingly, it is hereby ordered that:

1. Sleepy's Motion to Dismiss or for More Definite Statement [#5] is ALLOWED insofar as it seeks a more definite statement, but DENIED without prejudice insofar as it seeks dismissal of the complaint.

---

[1] On March 19, 2015, Sleepy's LLC filed a copy of the State Court Record [#7] that omits the sixth page of Tejwani's complaint. Accordingly, the court relies on the version of the complaint filed with Sleepy's Notice of Removal [#1].

2. By no later than May 29, 2015, Tejwani shall file an amended complaint that sets forth, in numbered paragraphs: (1) each legal claim Tejwani seeks to bring against Sleepy's, (2) the factual basis for each claim, and (3) the remedy she seeks for each claim.  Failure to file an amended complaint may result in dismissal of this action.

IT IS SO ORDERED.

May 4, 2015 /s/ Indira Talwani
United States District Judge